JACOB GLOCKNER et al., Doing Business as J. GLOCKNER & Co., Respondents, *v.* GREAT EASTERN CASUALTY COMPANY, Appellant.

*Glockner* v. *Great Eastern Casualty Co.*, 174 App. Div. 873, affirmed.

(Argued November 20, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered July 8, 1916, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a verdict in an action upon a policy of burglary insurance. The defendant denied that the loss was as large as claimed by plaintiff and that question presented the only issue.

*I. Maurice Wormser* and *Joseph L. Prager* for appellant. *Otto A. Samuels* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.